UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COACH, INC., et al.,

    Plaintiffs,

v.

UPTOWN BAGS FOR
DOWNTOWN GIRLS, LLC.,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:10-cv-511

## ORDER TO SHOW CAUSE

Before the Court is Plaintiffs Coach, Inc. and Coach Services, Inc.'s application for entry of default against Defendant Uptown Bags for Downtown Girls, LLC (Dkt. #25). A review of the court records for this case reflects that on February 22, 2011, attorney James Dimitriou, II, counsel for defendant, informed this court that he had been suspended from the practice of law by the Attorney Discipline Board. On February 25, 2011, United States Magistrate Judge Joseph G. Scoville ordered defendant to retain new counsel by March 25, 2011, under pain of default. The March 25, 2011, deadline passed and no appearance by new counsel was filed. On April 4, 2011, plaintiffs applied for entry of default as to defendant. On April 5, 2011, attorney Kelly G. Lambert, III entered an appearance on behalf of defendant.

    **IT IS HEREBY ORDERED** that attorney Kelly G. Lambert, III is to show cause in writing, **within 14 days of the date of this order**, why default should not enter against Defendant Uptown Bags for Downtown Girls, LLC.

Date: April 20, 2011

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge