UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., )<br>　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　　　　 )<br>-v- )<br>　　　　　　　　　　　　　　　　　　 )<br>Uptown Bags for Downtown Girls, LLC, )<br>　　　　　　　　　　　　　　　　　　 )<br>　　　　Defendant. )<br>　　　　　　　　　　　　　　　　　　 ) | No. 1:10-cv-511<br><br>HONORABLE PAUL L. MALONEY |

## ORDER TO SHOW CAUSE

On November 28, 2011, Plaintiffs filed a motion for partial summary judgment. (ECF No. 46). The time for Defendant to respond to the motion has passed. To date, no response has been filed. Defendant Uptown Bags for Downtown Girls, LLC, **SHALL SHOW CAUSE** why Plaintiffs' motion for partial summary judgment motion should not be **GRANTED.** Within fourteen (14) days of the date of this Order, Defendant shall explain, in writing, why they failed to timely file their response to the Plaintiffs' motion. Should Defendant not comply with this Order, Plaintiffs' motion for partial summary judgment will be granted. **IT IS SO ORDERED.**

Date:   January 11, 2012  　　　　　　　　　　　　 /s/ Paul L. Maloney  
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney  
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge